PMC/RMY USAO#2010R00604

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No: K-10-0770 |
| v. | : |
| GERMAN DE JESUS VENTURA, | : (Transporting Individuals to Engage in Prostitution, 18 U.S.C. § 2421; Aiding |
| Defendant | : and Abetting, 18 U.S.C. § 2) |

oooOooo

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that,

From in or about September 2008 through on or about November 15, 2010, in the District of Maryland and elsewhere, the defendant,

**GERMAN DE JESUS VENTURA,**

knowingly transported and attempted to transport individuals in interstate commerce with the intent that said individuals engage in prostitution and sexual activity for which a person can be charged with a criminal offense, and aided and abetted such conduct.

18 U.S.C. §§ 2421, 2

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A True Bill:

**SIGNATURE REDACTED**

Date          Grand Jury Foreperson