USA v. German de Jesus Ventura
1:10-cr-0770-WDQ-1
Defendant **VENTURA's Motion Hearing** Exhibit List

| NO. | DESCRIPTION | ID | ADMITTED |
|---|---|---|---|
| 1 | Transcript of police interview on November 15, 2012 | 3 April 2013 | |
| 2 | Info re: Ventura from Det. Oh, Washington D. C | | 3 April 2013 |
| 3 | Reports (11 pgs) GPS tracker investigation | | 3 April 2013 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: Mhrg exhibits retained by counsel