USA v. German de Jesus Ventura and Kevin Garcia Fuertes
1:10-cr-0770-WDQ-1
Government's **Motion Hearing** Exhibit List

| NO. | DESCRIPTION | ID | ADMITTED |
|---|---|---|---|
| 1 | Same as Government's trial exhibit | | 3 April 2013 |
| 13 | Same as Government's trial exhibit | | 3 April 2013 |
| 3c | Same as Government's trial exhibit | | 3 April 2013 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 32a | Warrant 10/2009 | | 3 April 2013 |
| 32b | Warrant 2/18/2010 | | 3 April 2013 |
| 32c | Warrant – Eastport residence | | 3 April 2013 |
| 32d | Warrant – Phones at Melrod location | | 3 April 2013 |
| 32e | Photo array | | 3 April 2013 |
| 32f | Photo array shown to Arsencio | | 3 April 2013 |
| | | | |
| 33 | Pen registry – GPS trackings | | 3 April 2013 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: Mhrg exhibits retained by counsel