**United States v. German DeJesus Ventura and Kevin Garcia Fuertes**
1: 10cr0770-WDQ-1&2
**Government Jury Trial Exhibit List**

| No. | DESCRIPTION | ID 2013 | ADM 2013 |
|---|---|---|---|
| 1 | Statement of Carlos Alberto Campos Hernandez | 4/10/2013 | |
| 1-a-i | Inventory of Nissan Altima and arrest, 9/23/08 | b | 10 Apr 2013 |
| 2-a | Machete and evidence seized during inventory of Nissan (photo) | | 8 Apr 2013 |
| b/1-3 | Cards (4 types), ph. #s 410-320-1397, 240-606-5015, 443-694-4744 | | 8 Apr 2013 |
| c | Keys | | 8 Apr 2013 |
| d | Condoms, Crown, 6 | | 8 Apr 2013 |
| e | Photo from the Sandisk | | 8 Apr 2013 |
| 3-a | Fuertes Honduran Passport | | 8 Apr 2013 |
| b | Cellphone, 240-606-5015, from Fuertes | | 8 Apr 2013 |
| d | Cellphone, 443-694-4744, from Guzman | | 8 Apr 2013 |
| e | Business cards (12) from Guzman, 443-694-4744 | | 8 Apr 2013 |
| g | Booking Sheet for Fuertes' 9/25 arrest | | 8 Apr 2013 |
| 4-a | Inventory Sheet, residence search | | 8 Apr 2013 |
| b | Original citation from 9/24/08 | | 8 Apr 2013 |
| c | Bag of Condoms (144), w/photo; bdrm closet | | 8 Apr 2013 |
| d | Business card, DJ Flaco, 240-606-5015, photo | | 8 Apr 2013 |

| | | | |
|---|---|---|---|
| e | Photo of Wilson Portillo | | 8 Apr 2013 |
| f | Photo of Portillo birth certificate | | 8 Apr 2013 |
| g | Photo of main area of apt | | 8 Apr 2013 |
| h | Photo of living room area | | 8 Apr 2013 |
| i | Photo of basement room | | 8 Apr 2013 |
| j | Photo of bedside table, basement | | 8 Apr 2013 |
| k | Photo of Duenas on the wall | | 8 Apr 2013 |
| l | Photo of page from Duenas' notebook – phone numbers | | 8 Apr 2013 |
| m | Cellphone, 301-628-8938 | | 8 Apr 2013 |
| n | Photo, exterior of residence | | 8 Apr 2013 |
| 5-a | Business Cards (2), 31 Carver St., ph 240-606-5015; 301-628-8938 | | 9 Apr 2013 |
| b | SSN card in the name of Carlos E. Ramirez | | 9 Apr 2013 |

| | | | |
|---|---|---|---|
| 6-a | Wallet, Fuertes (photo, handwritten business card w/410-963-0903 | | 9 Apr 2013 |
| b | Playing cards, on Fuertes person or furniture | | 9 Apr 2013 |
| c/1 | Photo, front of 112 South Villa | | 9 Apr 2013 |
| c/2 | Photo, front door | | 9 Apr 2013 |
| c/3 | Photo, bdrm | | 9 Apr 2013 |
| c/4 | Photo, bdrm and closet | | 9 Apr 2013 |
| c/5 | Photo, bedside table | | 9 Apr 2013 |

| | | | |
|---|---|---|---|
| c/6 | Photo, bed | | 9 Apr 2013 |
| c/7 | Photo, bedrmn | | 9 Apr 2013 |
| c/8 | Photo, bedside table | | 9 Apr 2013 |
| c/9 | Photo, bedrm table and closet | | 9 Apr 2013 |
| c/10 | Photo, bdrm closet | | 9 Apr 2013 |
| c/11 | Photo, living rm area | | 9 Apr 2013 |
| c/12 | Photo, misc items seized | | 9 Apr 2013 |
| c/13 | Photo, female | | 9 Apr 2013 |
| c/14 | Photo, same female | | 9 Apr 2013 |
| c/15 | Photo, Esmirna Rebeca Duenas Franco | | 9 Apr 2013 |
| c/16 | Photo, Kevin Fuertes Garcia | | 9 Apr 2013 |
| d/1-3 | Phones: 301-379-1672 Fuertes; 347-423-7742 Reyes;347-350-1397 (Duenas) | | 9 Apr 2013 |
| f | Property Inventory form | | 9 Apr 2013 |
| | | | |
| 7-a/1-11 | Photos (11) Baltimore county Harmond Ferry Road, 6/09 | | 9 Apr 2013 |
| | | | |
| 8-a/1-2 | Photos (2) | | 9 Apr 2013 |

| | | | |
|---|---|---|---|
| 9-a/1-18 | Photos (13) taken during search of 31 F Carver | | 9/10 Apr 2013 |

| | | | |
|---|---|---|---|
| b/1-3 | Cellphones(3) Cal Comp 443-447-1805;Kyocera 443-447-3284; Motorola 410-940-2930 | | 10 Apr 2013 |
| c | BGE Utility bill in name of Amparo DeJesus Gonzalez | | 10 Apr 2013 |
| d | Condoms (2 bags, 130 total) | | 10 Apr 2013 |
| e | KY Jelly and 1 feminine spray | | 10 Apr 2013 |
| f | Business cards (for Dominique ... 112 S Villa ...) Ph #410-419-1643 | | 10 Apr 2013 |
| g | Bottles, 2, rubbing alcohol | | 10 Apr 2013 |
| h/1-2 | Notebooks (2) with ledgers; tally sheets | | 10 Apr 2013 |
| 10a/1-18 | Photos – Interior of apartment | | 9/10 Apr 2013 |
| b | Handwritten business card, advertising 31 Carver, (443-447-1805) | | 10 Apr 201 |
| c | Condoms | | 10 Apr 201 |
| d | Rubbing Alcohol (x2- one from Rm 1, one from Rm. 2) | | 10 Apr 201 |
| e/1,2 | Cellphone (2), BlackBerry 646-721-7039; Nokia 410-693-0972 | | 10 Apr 2013 |
| f | Business Cards, 410-419-1643, with S. Villa address on card | | 10 Apr 201 |
| g | Playing Cards, cut up cards | | 10 Apr 201 |

| | | | |
|---|---|---|---|
| 11 | Record of calls to/fm Escobars' number | | 9 Apr 2013 |
| 12-a/1-12 | Photos - front of apt, inside apartment | | 11 Apr 2013 |
| b | Condoms: Clear bag (variety), lubricant; Clear, white & black bags | | 11 Apr 2013 |
| c | Business cards (43 homemade); (410) 419-1643 | | 11 Apr 2013 |
| d | BG&E Bill to Amaro DeJesus Gonzalez at 31 F. Carver St. | | 11 Apr 2013 |

| | | | |
|---|---|---|---|
| e | Keys to 31 F. Carver St. with 31 F. sketched in | | 11 Apr 2013 |
| f | Red plastic cup- pieces of cut up cards | | 11 Apr 2013 |
| g | Hole puncher | | 11 Apr 2013 |
| h | Rubbing Alcohol | | 11 Apr 2013 |
| i | Cellphone (T-Mobile Nokia)- Margarita Santiago (201) 925-9936 | | 11 Apr 2013 |
| j | Cellphone (Brown Motorola boost)- (202) 449-0877 | | 11 Apr 2013 |
| k | Wanted flyer for Kerlin Fuentes | | 11 Apr 2013 |
| l | Small notebook, Margarita Santiago | | 11 Apr 2013 |
| m | APD CAD on response to 31 Carver, 9/11/09 | | 17 Apr 2013 |

| | | | |
|---|---|---|---|
| 13-a | Cash Inventory Sheet | | 9 Apr 2013 |
| b/1-6 | Tally sheets, MVA title Mazda '97, 7-11 receipts Norfolk, VA; check to Chapa Law Office, $750; handwritten bus.card, 1000 Madison, Miscbus 3013573537 | | 9 Apr 2013 |
| c | False ID name of Bartolo Simon Contreras Cruz (photo Ventura ) | | 9 Apr 2013 |
| d/1-2 | Cellphones, BlackBerry, 347-423-7742; Sprint LG, 410-963-0903 | | 9 Apr 2013 |
| e | House in Chesapeake county | | 9 Apr 2013 |
| f | Assorted handwritten notes | | 9 Apr 2013 |

| | | | |
|---|---|---|---|
| 14c/1-2 | Virgin Mobile 410-212-6538; Samsung Trak 410-253-6010 | | 11 Apr 2013 |

| | | | |
|---|---|---|---|
| d | LG Virgin Mobile, 571-282-9958, from Bonilla-Moreno's person | | 11 Apr 2013 |
| e/1-4 | Cellphone Zelaya: Nokia, # unk; Motorola I465, 443-871-8648; Sprint, 443-852-5990; Veriz Samsung, SCH6350, 240-338-3799 | | 10 Apr 2013 |
| f/1-5 | Cellphones ATT Samsung, 443-852-5990;wh. Sony Ericson, 301-633-9398; Virgin Mobile, 410-212-5777; Cricket A200, 202-710-3768; blk. LG ATT, 204-461-4417 | | 11 April 2013 |
| h/1-18 | Photos, images from 5 Melrob | Except 3, 13 | 10 Apr 2013 |
| j | Custom Stamp devices w/2 ph #s, 443-871-8648 and 410-212-5777 | | 11 Apr 2013 |
| k | Homemade business cards, lt gr., w/same numbers as stamp above | | 10 Apr 2013 |
| l | Towing receipt, 1/18/10, Luis Alberto Reyes, surv on tag 3FMG76 | | 11 Apr 2013 |
| m | Foreign document, Receipt, in name of Carlos Ascencio | | 11 Apr 2013 |
| 15 c1-3,5-7 | Photos: Soriano Leguismano, Garcia, Handwritten notes | | 9 Apr 2013 |
| 16 a/1-4 | Reyes items: money, cellphones, cash, Target receipt | | 9 April 2013 |
| 17b/1-23 | Photos, Dover Street brothel | Except 15, 20 | 9 April 2013 |
| c/1-9 | Cellphones | | 9 April 2013 |
| e | Electric Bill, Reyes | | 9 April 2013 |
| f | Envelop w/ tally sheet | | 9 April 2013 |
| g | Tally sheet, 2 sided document | | 9 April 2013 |
| h | Traffic Signal Violation, for vehicle 7GCD47 | | 9 April 2013 |
| i | Machete, w/ green sheath | | 9 April 2013 |
| j | Easton Utility Service Order, 5/13/10, w/ ph # 410-212-8346 | | 9 April 2013 |

| | | | |
|---|---|---|---|
| k | Lease, Jose Reyes for 318 Dover | | 9 April 2013 |
| l | Box (large) with multiple items, condoms, lubricant, business cards | | 9 April 2013 |
| m | Sword w/ brown leather sheath | | 9 April 2013 |
| n | Playing Cards | | 9 April 2013 |
| o | Box (small) business cards and Saint Marta | | 9 April 2013 |
| 18 | Wireless receipt for 443-510-5211 | | 17 Apr 2013 |
| 19 a/1-10 | Photos | Except 8 | 11 Apr 2013 |
| c | Photo, Shoppers, Suspected Fermin Martinez | | 11 Apr 2013 |
| d | Shotgun | | 17 Apr 2013 |
| 20b/1-2 | Santa Muerte prayer, w/ translation | | 9 April 2013 |
| c | Business card with tally on reverse | | 9 April 2013 |
| d | Receipt for cash deposit of $700, 11/03/10 | | 9 April 2013 |
| e | Insurance Card for Van, M VA Reg for Astrovan in VVV Const | | 9 April 2013 |
| f | MVA Temp reg. for Honda, 9AA0211, in VVV Const | | 9 April 2013 |
| g | Business card w/Kim info - reverse address on obverse important | | 9 April 2013 |
| h | Business cards | | 9 April 2013 |
| i/1-3 | Cellphones (3) | | 9 April 2013 |
| j | Money remitter recpt, w/ ph # 410-212-8346 | | 9 April 2013 |

| | | | |
|---|---|---|---|
| k | Jorge Painting business cards w/ apparent Reyes PII | | 9 April 2013 |
| l | Tally sheet | | 9 April 2013 |
| m | Cellphone (1), Bonita Torres Moran (passenger) | | 9 April 2013 |
| n | Condoms (large quantity) | | 9 April 2013 |
| o | Torres Moran misc. docs., Greyhound ticket, NYC to DC, 11/15/10 | | 9 April 2013 |
| p | Torres Moran misc -Calendar/phone listing, “Oscar” 301-418-3124 | | 9 April 2013 |
| q | Photo of women w/red top called grandma | | 18 Apr 2018 |

| | | | |
|---|---|---|---|
| 21-a | MD License plate 57157M5, in vehicle | | 16 Apr 2013 |
| b | Talley sheet/ledger (2) | | 16 Apr 2013 |
| c | Recpt., from VA 06/28/2010 | | 16 Apr 2013 |
| d | Money remitter recpt., Antonio Reyes, 07/19/2010 | | 16 Apr 2013 |
| e | Samsung V350, ph # | | 16 Apr 2013 |

| | | | |
|---|---|---|---|
| 22-a | Tally sheet | | 16 Apr 2013 |

| | | | |
|---|---|---|---|
| 23-a | Part of playing card, with holes punched | | 16 Apr 2013 |
| b | Boxes (2) business cards, with 410-212-8346 | | 16 Apr 2013 |
| c | 2 slips of paper with phone # 757-759-0710 | | 16 Apr 2013 |
| d | MVA Vehicle Registration | | 16 Apr 2013 |

| | | | |
|---|---|---|---|
| 24-a | MVA Vehicle Registration | | 16 Apr 2013 |
| b | Business cards, w/ 443-333-6320 | | 16 Apr 2013 |
| c | Business card (1), 301-628-8938 | | 16 Apr 2013 |
| 25a/1-13 | Photos of entry, interior 1-7, 13 | Except 8-11 | 11 Apr 2013 |
| b/1-5 | Cellphones (5) 1 | | 11 Apr 2013 |
| c | Condoms w/ alcohol | | 17 Apr 2013 |
| d | Playing cards | | 17 Apr 2013 |
| e | Alcohol and lubricant | | 17 Apr 2013 |
| f | Playing cards with holes punched, Rm C | | 11 Apr 2013 |
| 26a/1-6 | Photos of search | Except 3.5,6 | 17 Apr 2013 |
| b/1 | Photos of Ventura and Duenas, beach 9/14/10, | | 15 Apr 2013 |
| j | Hospital Record of Mariao Franco | | 17 Apr 2013 |
| 27a/1-4 | Photos, during search | | 9 Apr 2013 |
| b | El Salvadoran Passport, Ventura | | 9 Apr 2013 |
| c/1-2 | Notebooks, w/ tally sheets | | 9 Apr 2013 |
| d | Boost Mobile recpt, w/ 347-243-9263 | | 9 Apr 2013 |
| e | MVA recpt connecting to VVV Construction | | 9 Apr 2013 |
| f | MVA Insurance Compliance notice to VVV Const | | 9 Apr 2013 |
| g | Money remitter recpt w/ 410-212-8346, 11/01/10 | | 9 Apr 2013 |

| | | | |
|---|---|---|---|
| h | Tally sheet | | 9 Apr 2013 |
| i | Business card, Juan Cleaning Svcs, w/ 410-963-0903 ph # | | 9 Apr 2013 |
| j | MVA Title for Astrovan in VVV Const | | 9 Apr 2013 |
| k | Torn up cy of ltr. Presented by Duenas to law enforcement Sept ‘08 | | 9 Apr 2013 |
| l/1-2 | Misc. tally sheets | | 9 Apr 2013 |
| m | Parking citation for 3FMG76 | | 9 Apr 2013 |
| n | Exp. MVA Regis. Ford Explorer, 7MD8666 | | 9 Apr 2013 |
| o | Money remitter recpt., w/ ph # 410-212-8346 | | 9 Apr 2013 |
| p | Partial recpt., E&D Wireless, ph # 301-418-3124 | | 9 Apr 2013 |
| q | Ltr. to Ventura fm MVA re. insurance on Ford Explorer, 57157M5 | | 9 Apr 2013 |
| r | MSP citation to Ventura, 3/30/10, Sil. Expedition, 24979CD, 2 pp | | 9 Apr 2013 |
| s | Cricket customer recpts., ph #s 443-447-3284 & -3286 | | 9 Apr 2013 |
| t | Santa Muerta statue, broken | | 9 Apr 2013 |
| u | Notebook w/tally sheets, Annapolis address, Herrera & Jimenez | | 9 Apr 2013 |
| v | MVA title for ‘98 Ford Expedition | | 9 Apr 2013 |
| w/1-9 | cellphones (9) | | 9 Apr 2013 |
| x | Condoms | | 9 Apr 2013 |
| y | Citation hearing date | | 9 Apr 2013 |
| 28 a/1-12 | Photos (12) April 5, 2010, Annapolis, MD | | 9 Apr 2013 |

| | | | |
|---|---|---|---|
| b/1-12 | Photos May 8, 2010, Easton, MD | | 9 Apr 2013 |
| d/1-9 | July 12, 2010 Langley Park, MD to Portsmouth VA | | 9 April 2013 |
| e/1-12 | August 2, 2010, vicinity Powdermill Rd | | 9 April 2013 |
| f/1-18 | September 13, 2010, Nova Ave | | 9 April 2013 |
| g/1-23 | Photos September 19, 2010, Annapolis MD | | 9 April 2013 |
| h/1-11 | August 30, 2010 | | 9 April 2013 |
| 29a-d | Leases (4) of rental units | | 15 Apr 2013 |
| | | | |
| 30/b | Area Maps Annapolis, Maryland | | 15 Apr 2013 |
| 31/c | Telephone charts – Individual, Location, Frequency and summary | | 17 Api 2013 |
| 36 a | Subscriber info 410-963-0903 (Ventura #1) | | 9 Apr 2013 |
| b | 240-606-5015 (Fuertes #1) | | 8 Apr 2013 |
| c | Sprint info 301-357-9537 (Fuertes #3) | | 9 Apr 2013 |
| d | 410-320-1397 (31 F. Carver Street) | | 9 Apr 2013 |
| e | Subscriber info | | 9 Apr 2013 |

| | | | |
|---|---|---|---|
| 39a/1 | Expert Testimony Dr. Baker's report of examination | | 16 Apr 2013 |
| a/2a,b | Photos of Esmirna Rebeca Duenas Franco injuries | | 16 Apr 2013 |
| b/a-b | Photo of text in Spanish with translation | | 17 Apr 2013 |

| | | | |
|---|---|---|---|
| b/2-5 | Photo of text reverse Spanish | | 17 Apr 2013 |
| d | Photo of 4 people | | 17 Apr 2013 |
| 40a1,2 | Cellbrite Reports (various phones) | 15 Apr 2013 | |
| b/1a-g | Consensual Telephone Calls | | 15 Apr 2013 |
| b/2a,b<br>b/3a | Soriano<br>Avila<br>Cooperating Witness (3 way) | | 16 Apr 2013<br>15 Apr 2013 |
| c/1-1a | Audio call 911 | | 9 Apr 2013 |
| c/2-2a<br>c/3-3a<br>c/4-4a | Incident call report<br>Audio call 911<br>Call (3/29/2010) to Anne Arundel Police | | 9 Apr 2013<br>9 Apr 2013<br>9 Apr 2013 |
| d/1-4 | Toll records and Pen/Trap | | 16 Apr 2013 |
| e/1-3 | Maps of cell towers along east coast regions of Virginia and Maryland | | 17 Apr 2013 |
| f/1 | Phone association Charts | | 17 Apr 2013 |
| 41 | MVA Photo of Ricardo Humberto Ramirez Rivas | | 18 Apr 2013 |
| 42 | Letter (4/18/2006) to German Ventura from Immigration re: marriage fraud | | 18 Apr 2013 |
| | | | |

All trial exhibits retained by AUSA